922 A.2d 872

COMMONWEALTH of Pennsylvania

v.

CORBAN CORPORATION, d/b/a Encor Coatings, Inc.

Commonwealth of Pennsylvania

v.

William R. Condosta.

Petition of William R. Condosta.

Supreme Court of Pennsylvania.

April 10, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of April 2007, the Petition for Allowance of Appeal is GRANTED, limited to the question of whether the five-year statute of limitations provided in 77 P.S. § 1039.12 or the default two-year statute of limitations provided in 42 Pa.C.S. § 5552 applies to prosecutions for offenses under 77 P.S. § 501?

Justice FITZGERALD did not participate in the consideration or decision of this matter.